**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LORETTA SALISBURY, | Case No: CV12-06420 MWF(FFMx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 9, 2013

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE